No. 507. BAY SOUND TRANSPORTATION CO. ET AL. *v.* UNITED STATES, *ante,* p. 928;

No. 554. CHAMBERS *v.* BEAUCHAMP, ADMINISTRATOR, ET AL., *ante,* p. 942;

No. 583. ANDERS *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 958;

No. 160, Misc. JACKSON *v.* CALIFORNIA, *ante,* p. 942;

No. 602, Misc. NEELY *v.* UNITED STATES, *ante,* p. 917;

No. 632, Misc. CLINTON *v.* CALIFORNIA, *ante,* p. 23;

No. 658, Misc. LANE *v.* PUCCI ET AL., *ante,* p. 943;

No. 781, Misc. DVORSKY *v.* UNITED STATES, *ante,* p. 970;

No. 782, Misc. WOLFF *v.* FOLEY, *ante,* p. 945;

No. 843, Misc. WENDT *v.* DILLIN ET AL., JUDGES, U. S. DISTRICT COURT, *ante,* p. 899;

No. 866, Misc. RESSEGUIE *v.* FOLLETTE, WARDEN, *ante,* p. 971;

No. 959, Misc. DAUGHERTY *v.* UNITED STATES ET AL., *ante,* p. 947;

No. 978, Misc. CANTRELL *v.* UNITED STATES, *ante,* p. 947; and

No. 1016, Misc. FLETCHER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT, *ante,* p. 948. Petitions for rehearing denied.

No. 368. WARD *v.* PENNSYLVANIA NEW YORK CENTRAL TRANSPORTATION CO. ET AL., *ante,* p. 849. Motion for leave to file petition for rehearing denied.

No. 999, Misc. HARRISON *v.* UNITED STATES, *ante,* p. 974. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.